## HIGGINS v. FILLMORE COMMERCIAL & SAVINGS BANK.

No. 4001.   Decided December 20, 1923.   (221 Pac. 1098.)

Appeal from District Court, Fifth District, Millard County; *Wm. F. Knox,* Judge.

Action by Charles G. Y. Higgins, as guardian ad litem of Clisby Benjamin Robison, against the Fillmore Commercial & Savings Bank. From a judgment for defendant, plaintiff appeals.

AFFIRMED.

See, also, 61 Utah 398, 213 Pac. 790.

*Wm. B. Higgins,* of Fillmore, for appellant.

*T. M. Ivory,* of Fillmore, for respondent.

GIDEON, J.

This is a companion case to the preceding case, *Robison* v. *Fillmore Commercial & Savings Bank,* 63 Utah ——, 221 Pac. 1098. On the authority of that case the judgment of the district court in this action is affirmed.

WEBER, C. J., and THURMAN, FRICK, and CHERRY, JJ., concur.